B1 (Official Form 1) (4/10)

| **United States Bankruptcy Court**<br>**Eastern District of New York** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tuscan Sun Ristorante Inc d/b/a Annona** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):<br>**20-2248880** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**112 Riverhead Road**<br>**Westhampton Beach, NY**<br>ZIP CODE **11978** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**112 Riverhead Road**<br>**Westhampton Beach, NY** | ZIP CODE **11978** |
|---|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>            Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.      business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on*<br>*4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tuscan Sun Ristorante Inc d/b/a Annona** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:     **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑    Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)       Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐    Yes, and Exhibit C is attached and made a part of this petition.<br>☑    No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tuscan Sun Ristorante Inc d/b/a Annona** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

❑ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

❑ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

X _____
Signature of Attorney for Debtor(s)

**Marc A. Pergament  Bar No. MP6183**
Printed Name of Attorney for Debtor(s) / Bar No.

**Weinberg, Gross & Pergament LLP**
Firm Name

**400 Garden City Plaza Garden City, New York 11530**
Address

**516-877-2424**          **516-877-2460**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Richard Rubio**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

─────────────────────────────x

In Re:

Tuscan Sun Ristorante Inc d/b/a Annona

Case No.

Chapter     11

Debtor(s)

─────────────────────────────x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:

_____
Richard Rubio
Debtor

_____
**Marc A. Pergament**
Attorney for Debtor

ABT Design & Fire
1724 Church Street
Holbrook, NY 11741


Ace Endico
80 International Blvd.
Brester, NY 10509


Action Air Refrigeration Service
194 Morris Avenue, Suite 40
Holtsville, NY 11742


ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290-1006


Advantage Gourmet Importers
P.O. Box 5092 South
Hackensack, NJ 07606


Approved Fire Prevention Corp.
364 Route 109
West Babylon, NY 11704


ASCAP
21678 Network Place
Chicago, IL 60673-1216


Beach Electric of Quogue
P.O. Box 744
Quogue, NY 11959


Bemardaud NA, Inc.
499 Park Avenue at 59th St.
New York, NY 10022

BMI
10 Music Square East
Nashville, TN   37203


Boening Bros, Inc.
1098 Route 109
Lindenhurst, NY   11757


Bonamini Olive Oil USA LLC
125 West Montauk Hwy.
Hampton Bays, NY   11946


Braun Seafood Company
P.O. Box 971
Cutchogue, NY   11935-0971


Cablevision
P.O. Box 9256
Chelsea, MA 02150-9256


Capital One
P.O. Box 790216
St. Louis, MO 63179-0216


Capital One Elite Credit
P.O. Box 8912
Melville, NY   11747


Capital One, F.S.B.
P.O. Box 71083
Charlotte, NC   28272-0884


Cibo Specialty Food Service
2537 Brunswick Avenue
Linden, NJ   07036

Cintas First Aid & Safety
394 East Street
P.O. Box 457
Plainville, CT   06062


Circle M Beverage
160 Montauk Highway
Westhampton Beach, NY   11978


Cor-J Seafood Corp.
36 Lighthouse Road
Hampton Bays, NY 11946


Cremosa Food Co.
5 Park Drive
Melville, NY   11747-3035


DeBragga and Spitler, Inc.
826-D Washington Street
New York, NY 10014


DiCarlo Distributors
PO Drawer 2365
Holtsville, NY 11742-0911


Displaymakers, Inc.
80-8 Lake Avenue S.
Nesconset, NY   11767


Domaine Select Merchants
555 8th Avenue, Suite 2302
New York, NY   10018


Ecolab
P.O. Box 905327
Charlotte, NC   28290

Empire Merchants, LLC
16 Bridgewater Street
Brooklyn, NY  11222-9964


Enviroduct Cleaning
6 Stacy Drive
Port Jefferson Station, NY 11776


Featherstone Foods Inc.
59-33 55th Street
Maspeth, NY 11378-3103


Fluid Imagery
1A Montauk Hwy
Westhampton, NY 11977


Fuoco Group LLP
200 Parkway Drive South
Suite 302
Hauppauge, NY 11788


GHQ Plastering Systems, Corp.
P.O. Box 1512
Riverhead, NY 11901


Gourmet Technologies
35 Trade Zone Ct.
Ronkonkoma, NY 11779


Internal Revenue Service
Special Procuedures
625 Fulton Street
10 Metrotech Center
Brooklyn, NY  12201


Internal Revenue Service
11601 Roosevelt Blvd.
P.O. Box 21126
Philadelphia, PA  19114

J & A Coat & Apron Service Corp.
91 Fifth Avenue
Bay Shore, NY 11706


J & A Coat Apron
91 5th Avenue
Bay Shore, NY 11706-7328


LI Sunrise Plumbing & Heating Inc.
35 North Trainor Avenue
Manorville, NY 11949


Liberty Lock & Key
72A Riverhead Road
Westhampton Beach, NY 11978


LIPA
P.O. Box 9039
Hicksville, NY 11802-9039


LIPA/Brooklyn Union of Long Island
175 East Old Country Road
Hicksville, NY 11801
Attn: Elise M. Pugliese, Esq.


LM Irrigation, Inc.
P.O. Box 15
Westhampton, NY 11977


Long Island Mozzarella & Cheese Co. Inc.
P.O. Box 259
Bohemia, NY 11716


Maggio Saniation Services, Inc.
88 Old Dock Road
Yaphank, NY 11980

Main Street Wholesale Meats
210 Main Street
Farmingdale, NY 11735


Microsan Corporation
90-4 Colin Drive
Holbrook, NY 11741


MTC Security Co., Inc.
P.O. Box 1706
East Quogue, NY 11942


National Grid
P.O. Box 9037
Hicksville, NY 11802-9037


North Fork Water Corp.
P.O. Box 365
Calverton, NY 11933


NYS Dept. of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY  12205-5300


NYS Dept. of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY  12208-5300


NYS Dept. of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY  12227


NYS Workers Comp Board
20 Park Street
Albany, NY 12207

Peter's Fruit Co.
52 Old Dock Road
Yaphank, NY 11980


Promotional Solutions
2 Engineers Lane
Farmingdale, NY 11735


Richard Security Inc.
36 South Mall
Plainview, NY 11803-4208


Riverhead Building Supply
100 Precision Drive, Suite 2
Shirley, NY 11967


Southern Wine & Spirits of NY, Inc.
P.O. Box 1308
Syosset, NY 11791


State of New York
Office of Attorney General
120 Broadway
New York, NY   10271


Suffolk County Water Authority
P.O. Box 9224
Uniondale, NY 11555-9224


Suffolk County Water Authority
P.O. Box 1149
Newark, NJ 07101-1149


T Edwards Wines, LTD
66 West Broadway, Suite 406
New York, NY 10007

Target Pest Control, Inc.
17 Fern Road
Southhampton, NY 11968

Thyssenkrupp Elevator Corp.
P.O. Box 933004
Atlanta, GA 31193-3004

United States Attorney's Office
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, NY  11722-4454
Attn: LI Bankruptcy Processing

US Dept. of Justice
Tax Division
Box 55
Ben Franklin Station
Washington, DC  20044

Verizon c/o Bankruptcy Group
3900 Washington Street, 1st Floor
 Wilmington, DE 19802

Verizon Online
P.O. Box 12045
Trenton, NJ 08650-2045

Village of Westhampton Beach
165 Mill Rd
Westhampton Beach, NY 11978

Westhampton Beach Performing Arts Center
76 Main Street
Westhampton Beach, NY 11978

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                          Chapter 11

Tuscan Sun Ristorante Inc, d/b/a Annona          Case No.

       Debtor.                                  CORPORATE RESOLUTION

---------------------------------------------------------X


       The undersigned, the Secretary of Tuscan Sun Ristorante Inc, d/b/a Annona a corporation existing under the laws of the State of New York does hereby certify that a duly called meeting of the directors of Tuscan Sun Ristorante Inc, d/b/a Annona the following resolutions were adopted, and have not been modified or rescinded, and are still in full force and effect:

       "Resolved, that in the judgment of the shareholders and directors, it is desirable and in the best interest of the corporation, that Barry Rubio, Secretary of the Corporation, be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the corporation upon such date, and in the event, in his discretion, such action should be necessary for the protection of the corporation and preservation of its assets without further notice to the directors of Tuscan Sun Ristorante Inc., d/b/a Annona and it is further

       Resolved, that Barry Rubio be and hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary and proper in connection with such proceedings under Chapter 11, and in that connection, to retain and employ Weinberg, Gross & Pergament LLP and to retain and employ all other professionals which they may deem necessary or proper with a view towards a successful conclusion of such a reorganization case."

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 6th day of

May 2010.

_____

Barry Rubio, Secretary

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Eastern District of New York

In re  Tuscan Sun Ristorante Inc d/b/a Annona _____ ,   Case No. _____

Debtor                                       Chapter  11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| NYS Dept. of Taxation & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY  12208-5300 | | | DISPUTED | $20,000.00 |
| Cor-J Seafood Corp.<br>36 Lighthouse Road<br>Hampton Bays, NY 11946 | | | | $40,220.40 |
| NYS Workers Comp Board<br>20 Park Street<br>Albany, NY 12207 | | | DISPUTED | $22,943.33 |
| DeBragga and Spitler, Inc.<br>826-D Washington Street<br>New York, NY 10014 | | | | $18,818.48 |
| Capital One Elite Credit<br>P.O. Box 8912<br>Melville, NY  11747 | | | DISPUTED | $17,000.00 |

In re  **Tuscan Sun Ristorante Inc d/b/a Annona** _____ ,  Case No. _____

                            Debtor                                    Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **Main Street Wholesale Meats**<br>**210 Main Street**<br>**Farmingdale, NY 11735** | | | | **$11,318.59** |
| **DiCarlo Distributors**<br>**PO Drawer 2365**<br>**Holtsville, NY 11742-0911** | | | | **$11,113.58** |
| **Fuoco Group LLP**<br>**200 Parkway Drive South**<br>**Suite 302**<br>**Hauppauge, NY 11788** | | | **DISPUTED** | **$10,583.30** |
| **Westhampton Beach Performing Arts Center**<br>**76 Main Street**<br>**Westhampton Beach, NY 11978** | | | | **$8,500.00** |
| **Braun Seafood Company**<br>**P.O. Box 971**<br>**Cutchogue, NY 11935-0971** | | | **DISPUTED** | **$8,461.60** |
| **Capital One, F.S.B.**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-0884** | | | **DISPUTED** | **$6,922.08** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Tuscan Sun Ristorante Inc d/b/a Annona** , Case No. _____

Debtor                                    Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Peter's Fruit Co.<br>52 Old Dock Road<br>Yaphank, NY 11980 | | | DISPUTED | $6,906.44 |
| LIPA<br>P.O. Box 9039<br>Hicksville, NY 11802-9039 | | | | $6,778.54 |
| J & A Coat & Apron Service Corp.<br>91 Fifth Avenue<br>Bay Shore, NY 11706 | | | | $6,336.27 |
| Cremosa Food Co.<br>5 Park Drive<br>Melville, NY  11747-3035 | | | | $6,059.83 |
| Empire Merchants, LLC<br>16 Bridgewater Street<br>Brooklyn, NY  11222-9964 | | | | $5,230.49 |
| National Grid<br>P.O. Box 9037<br>Hicksville, NY 11802-9037 | | | | $4,115.07 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Tuscan Sun Ristorante Inc d/b/a Annona**                    , Case No. _____

                      Debtor                                 Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **Internal Revenue Service**<br>**Special Procuedures**<br>**625 Fulton Street**<br>**10 Metrotech Center**<br>**Brooklyn, NY  12201** | | | **DISPUTED** | **$3,800.00** |
| **Southern Wine & Spirits of NY, Inc.**<br>**P.O. Box 1308**<br>**Syosset, NY 11791** | | | | **$3,746.10** |
| **Beach Electric of Quogue**<br>**P.O. Box 744**<br>**Quogue, NY  11959** | | | | **$3,387.55** |
| **GHQ Plastering Systems, Corp.**<br>**P.O. Box 1512**<br>**Riverhead, NY 11901** | | | | **$3,200.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Richard Rubio, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____          Signature: _____

                                         **Richard Rubio ,President**
                                         (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

In re: <u>Tuscan Sun Ristorante Inc d/b/a Annona</u> ,     Case No.

Debtor     Chapter  **11**

# Exhibit "A" to Voluntary Petition

1.    If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file
      number is .

2.    The following financial data is the latest available information and refers to debtor's condition on .

a.    Total assets                                                    $ _____

b.    Total debts (including debts listed in 2.c., below)            $ _____ **262,306.62**

                                                                                         Approximate
                                                                                         number of
                                                                                         holders

c.    Debt securities held by more than 500 holders.

      secured          unsecured          subordinated      _____      _____

d.    Number of shares of preferred stock                    _____      _____

e.    Number of shares of common stock                       _____      _____

      Comments, if any:

3.    Brief description of debtor's business:

      **Restaurant**

4.    List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the
      voting securities of debtor:

      **Barry Rubio - 50%**
      **Steven Rubio - 50%**

In re   **Tuscan Sun Ristorante Inc d/b/a Annona** _____ ,   Case No. _____
_____

              Debtor                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | **VALUE** | | | | | |

_0_   continuation sheets
attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $ | 0.00 | $ | 0.00 |
|---|---|---|---|
| $ | 0.00 | $ | 0.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Tuscan Sun Ristorante Inc d/b/a Annona**
_____,         Case No. _____
                           Debtor                                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3  continuation sheets attached

.

In re    Tuscan Sun Ristorante Inc d/b/a Annona                                    Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**Special Procuedures**<br>**625 Fulton Street**<br>**10 Metrotech Center**<br>**Brooklyn, NY  12201**<br><br>**Internal Revenue Service**<br>**11601 Roosevelt Blvd.**<br>**P.O. Box 21126**<br>**Philadelphia, PA  19114**<br><br>**United States Attorney's Office**<br>**Eastern District of New York**<br>**610 Federal Plaza, 5th Floor**<br>**Central Islip, NY  11722-4454**<br>**Attn: LI Bankruptcy Processing**<br><br>**US Dept. of Justice**<br>**Tax Division**<br>**Box 55**<br>**Ben Franklin Station**<br>**Washington, DC  20044** | | | **Withholding tax** | | | X | 3,800.00 | 3,800.00 | $0.00 |
| ACCOUNT NO.<br><br>**NYS Dept. of Taxation & Finance**<br>**Bankruptcy Unit**<br>**P.O. Box 5300**<br>**Albany, NY  12205-5300** | | | **Witholding tax** | | | X | 1,000.00 | 1,000.00 | $0.00 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)        $  4,800.00   $  4,800.00  $     0.00

Total  ▷
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)                    $

Total  ▷
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )                                      $              $

In re __Tuscan Sun Ristorante Inc d/b/a Annona_____,   Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NYS Dept. of Taxation & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12208-5300**<br><br>**NYS Dept. of Taxation & Finance<br>Bankruptcy Unit - TCD<br>Building 8, Room 455<br>W.A. Harriman State Campus<br>Albany, NY 12227**<br><br>**State of New York<br>Office of Attorney General<br>120 Broadway<br>New York, NY 10271** | | | **Sales Tax** | | | X | 20,000.00 | 20,000.00 | $0.00 |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▷<br>(Totals of this page) | $ 20,000.00 | $ 20,000.00 | $ 0.00 |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 24,800.00 | | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 24,800.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>                Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ABT Design & Fire** <br> **1724 Church Street** <br> **Holbrook, NY 11741** | | | **Business Debt** | | | | 30.00 |
| ACCOUNT NO. <br><br> **Ace Endico** <br> **80 International Blvd.** <br> **Brester, NY 10509** | | | **Business Debt** | | | | 614.80 |
| ACCOUNT NO. <br><br> **Action Air Refrigeration Service** <br> **194 Morris Avenue, Suite 40** <br> **Holtsville, NY 11742** | | | **Business Debt** | | | | 540.30 |
| ACCOUNT NO. <br><br> **ADP, Inc.** <br> **P.O. Box 9001006** <br> **Louisville, KY 40290-1006** | | | **Business Debt** | | | | 928.21 |

<u>12</u>   Continuation sheets attached

Subtotal  ➤  $         2,113.31

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>          ,          Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Advantage Gourmet Importers**<br>**P.O. Box 5092 South**<br>**Hackensack, NJ  07606** | | | **Business Debt** | | | | 1,085.70 |
| ACCOUNT NO.<br><br>**Approved Fire Prevention Corp.**<br>**364 Route 109**<br>**West Babylon, NY  11704** | | | **Business Debt** | | | | 331.30 |
| ACCOUNT NO.<br><br>**ASCAP**<br>**21678 Network Place**<br>**Chicago, IL  60673-1216** | | | **Business Debt** | | | | 352.31 |
| ACCOUNT NO.<br><br>**Beach Electric of Quogue**<br>**P.O. Box 744**<br>**Quogue, NY  11959** | | | **Services** | | | | 3,387.55 |
| ACCOUNT NO.<br><br>**Bemardaud NA, Inc.**<br>**499 Park Avenue at 59th St.**<br>**New York, NY  10022** | | | **Business Debt** | | | | 3,138.14 |

Sheet no. <u>1</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              8,295.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Tuscan Sun Ristorante Inc d/b/a Annona_____   Case No. _____
                              Debtor                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**BMI**<br>**10 Music Square East**<br>**Nashville, TN  37203** | | | **Business Debt** | | | | **569.50** |
| ACCOUNT NO.<br><br>**Boening Bros, Inc.**<br>**1098 Route 109**<br>**Lindenhurst, NY  11757** | | | **Business Debt** | | | | **1,208.36** |
| ACCOUNT NO.<br><br>**Bonamini Olive Oil USA LLC**<br>**125 West Montauk Hwy.**<br>**Hampton Bays, NY  11946** | | | **Goods** | | | | **1,428.00** |
| ACCOUNT NO.<br><br>**Braun Seafood Company**<br>**P.O. Box 971**<br>**Cutchogue, NY  11935-0971** | | | **Goods** | | | X | **8,461.60** |
| ACCOUNT NO.<br><br>**Cablevision**<br>**P.O. Box 9256**<br>**Chelsea, MA 02150-9256** | | | **Business Debt** | | | | **46.96** |

Sheet no. _2_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $         **11,714.42**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Tuscan Sun Ristorante Inc d/b/a Annona  ,                Case No. _____
                                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| Capital One P.O. Box 790216 St. Louis, MO 63179-0216 | | | Noticing Purposes | | | | |
| ACCOUNT NO. | | | | | | X | 17,000.00 |
| Capital One Elite Credit P.O. Box 8912 Melville, NY 11747 | | | Line of Credit | | | | |
| ACCOUNT NO. | | | | | | X | 6,922.08 |
| Capital One, F.S.B. P.O. Box 71083 Charlotte, NC 28272-0884 | | | Business Debt | | | | |
| ACCOUNT NO. | | | | | | | 382.99 |
| Cibo Specialty Food Service 2537 Brunswick Avenue Linden, NJ 07036 | | | Goods | | | | |
| ACCOUNT NO. | | | | | | | 235.99 |
| Cintas First Aid & Safety 394 East Street P.O. Box 457 Plainville, CT 06062 | | | Business Debt | | | | |

Sheet no.  3  of  12  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                        Subtotal  ➤  $            24,541.06

                                                        Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>       Case No. _____
                     **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Circle M Beverage** <br> **160 Montauk Highway** <br> **Westhampton Beach, NY 11978** | | | **Goods** | | | | 649.30 |
| ACCOUNT NO. <br><br> **Cor-J Seafood Corp.** <br> **36 Lighthouse Road** <br> **Hampton Bays, NY 11946** | | | **Business Debt** | | | | 40,220.40 |
| ACCOUNT NO. <br><br> **Cremosa Food Co.** <br> **5 Park Drive** <br> **Melville, NY 11747-3035** | | | **Goods** | | | | 6,059.83 |
| ACCOUNT NO. <br><br> **DeBragga and Spitler, Inc.** <br> **826-D Washington Street** <br> **New York, NY 10014** | | | **Business Debt** | | | | 18,818.48 |
| ACCOUNT NO. <br><br> **DiCarlo Distributors** <br> **PO Drawer 2365** <br> **Holtsville, NY 11742-0911** | | | **Business Debt** | | | | 11,113.58 |

Sheet no. <u>4</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      **76,861.59**

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>,      Case No. _____
             Debtor                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Displaymakers, Inc.<br>80-8 Lake Avenue S.<br>Nesconset, NY 11767 | | | Business Debt | | | | 1,384.97 |
| ACCOUNT NO.<br><br>Domaine Select Merchants<br>555 8th Avenue, Suite 2302<br>New York, NY 10018 | | | Business Debt | | | | 1,062.55 |
| ACCOUNT NO.<br><br>Ecolab<br>P.O. Box 905327<br>Charlotte, NC 28290 | | | Business Debt | | | | 1,846.46 |
| ACCOUNT NO.<br><br>Empire Merchants, LLC<br>16 Bridgewater Street<br>Brooklyn, NY 11222-9964 | | | Business Debt | | | | 5,230.49 |
| ACCOUNT NO.<br><br>Enviroduct Cleaning<br>6 Stacy Drive<br>Port Jefferson Station, NY 11776 | | | Business Debt | | | | 1,229.38 |

Sheet no. <u>5</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $       10,753.85

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>         Case No. _____

                       Debtor                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Featherstone Foods Inc.**<br>**59-33 55th Street**<br>**Maspeth, NY 11378-3103** | | | **Business Debt** | | | | 1,442.54 |
| ACCOUNT NO.<br><br>**Fluid Imagery**<br>**1A Montauk Hwy**<br>**Westhampton, NY 11977** | | | **Business Debt** | | | | 1,050.00 |
| ACCOUNT NO.<br><br>**Fuoco Group LLP**<br>**200 Parkway Drive South**<br>**Suite 302**<br>**Hauppauge, NY 11788** | | | **Business Debt** | | | X | 10,583.30 |
| ACCOUNT NO.<br><br>**GHQ Plastering Systems, Corp.**<br>**P.O. Box 1512**<br>**Riverhead, NY 11901** | | | **Business Debt** | | | | 3,200.00 |
| ACCOUNT NO.<br><br>**Gourmet Technologies**<br>**35 Trade Zone Ct.**<br>**Ronkonkoma, NY 11779** | | | **Business Debt** | | | | 976.10 |

Sheet no. <u>6</u> of <u>12</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $      **17,251.94**

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>,          Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**J & A Coat & Apron Service Corp.**<br>**91 Fifth Avenue**<br>**Bay Shore, NY 11706** | | | **Business Debt** | | | | 6,336.27 |
| ACCOUNT NO.<br><br>**J & A Coat Apron**<br>**91 5th Avenue**<br>**Bay Shore, NY 11706-7328** | | | **Business Debt** | | | | 255.50 |
| ACCOUNT NO.<br><br>**LI Sunrise Plumbing & Heating Inc.**<br>**35 North Trainor Avenue**<br>**Manorville, NY 11949** | | | **Business Debt** | | | | 1,765.00 |
| ACCOUNT NO.<br><br>**Liberty Lock & Key**<br>**72A Riverhead Road**<br>**Westhampton Beach, NY 11978** | | | **Business Debt** | | | | 187.37 |
| ACCOUNT NO.<br><br>**LIPA**<br>**P.O. Box 9039**<br>**Hicksville, NY 11802-9039** | | | **Business Debt** | | | | 6,778.54 |

Sheet no. _7_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $ 15,322.68

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>       Case No. _____
                                Debtor                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LIPA/Brooklyn Union of Long Island<br>175 East Old Country Road<br>Hicksville, NY 11801<br>Attn: Elise M. Pugliese, Esq. | | | Noticing Purposes | | | | 0.00 |
| ACCOUNT NO.<br><br>LIPA/Brooklyn Union of Long Island<br>175 East Old Country Road<br>Hicksville, NY 11801<br>Attn: Elise M. Pugliese, Esq. | | | Noticing Purposes | | | | 0.00 |
| ACCOUNT NO.<br><br>LM Irrigation, Inc.<br>P.O. Box 15<br>Westhampton, NY 11977 | | | Business Debt | | | | 173.80 |
| ACCOUNT NO.<br><br>Long Island Mozzarella & Cheese Co. Inc.<br>P.O. Box 259<br>Bohemia, NY 11716 | | | Business Debt | | | | 182.15 |
| ACCOUNT NO.<br><br>Maggio Saniation Services, Inc.<br>88 Old Dock Road<br>Yaphank, NY 11980 | | | Business Debt | | | | 1,644.16 |

Sheet no. <u>8</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                Subtotal ▷ $ 2,000.11

                                                Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>       Case No. _____
                              Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Main Street Wholesale Meats**<br>**210 Main Street**<br>**Farmingdale, NY 11735** | | | **Business Debt** | | | | 11,318.59 |
| ACCOUNT NO.<br><br>**Microsan Corporation**<br>**90-4 Colin Drive**<br>**Holbrook, NY 11741** | | | **Business Debt** | | | | 798.39 |
| ACCOUNT NO.<br><br>**MTC Security Co., Inc.**<br>**P.O. Box 1706**<br>**East Quogue, NY 11942** | | | **Business Debt** | | | | 1,502.39 |
| ACCOUNT NO.<br><br>**National Grid**<br>**P.O. Box 9037**<br>**Hicksville, NY 11802-9037** | | | **Business Debt** | | | | 4,115.07 |
| ACCOUNT NO.<br><br>**North Fork Water Corp.**<br>**P.O. Box 365**<br>**Calverton, NY 11933** | | | **Business Debt** | | | | 102.00 |

Sheet no. <u>9</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $      17,836.44

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**In re** <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>                    Case No. _____
                                      Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NYS Workers Comp Board**<br>**20 Park Street**<br>**Albany, NY 12207** | | | Business Debt | | | X | 22,943.33 |
| ACCOUNT NO.<br><br>**Peter's Fruit Co.**<br>**52 Old Dock Road**<br>**Yaphank, NY 11980** | | | Business Debt | | | X | 6,906.44 |
| ACCOUNT NO.<br><br>**Promotional Solutions**<br>**2 Engineers Lane**<br>**Farmingdale, NY 11735** | | | Business Debt | | | | 1,007.00 |
| ACCOUNT NO.<br><br>**Richard Security Inc.**<br>**36 South Mall**<br>**Plainview, NY 11803-4208** | | | Business Debt | | | X | 1,440.00 |
| ACCOUNT NO.<br><br>**Riverhead Building Supply**<br>**100 Precision Drive, Suite 2**<br>**Shirley, NY 11967** | | | Business Debt | | | | 639.80 |

Sheet no. <u>10</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  |$ 32,936.57

Total  >  |$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**In re** <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>        Case No. _____
                             Debtor                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Southern Wine & Spirits of NY, Inc.**<br>**P.O. Box 1308**<br>**Syosset, NY 11791** | | | **Business Debt** | | | | 3,746.10 |
| ACCOUNT NO.<br><br>**Suffolk County Water Authority**<br>**P.O. Box 1149**<br>**Newark, NJ 07101-1149** | | | **Business Debt** | | | | 355.21 |
| ACCOUNT NO.<br><br>**Suffolk County Water Authority**<br>**P.O. Box 9224**<br>**Uniondale, NY 11555-9224** | | | **Business Debt** | | | | 480.19 |
| ACCOUNT NO.<br><br>**T Edwards Wines, LTD**<br>**66 West Broadway, Suite 406**<br>**New York, NY 10007** | | | **Business Debt** | | | | 2,940.00 |
| ACCOUNT NO.<br><br>**Target Pest Control, Inc.**<br>**17 Fern Road**<br>**Southhampton, NY 11968** | | | **Business Debt** | | | | 200.96 |

Sheet no. <u>11</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $ 7,722.46

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Tuscan Sun Ristorante Inc d/b/a Annona</u> ,      Case No. _____
                                      Debtor                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Thyssenkrupp Elevator Corp. <br> P.O. Box 933004 <br> Atlanta, GA 31193-3004 | | | Business Debt | | | X | 1,579.20 |
| ACCOUNT NO. <br><br> Verizon c/o Bankruptcy Group <br> 3900 Washington Street, 1st Floor <br> Wilmington, DE 19802 | | | Noticing Purposes | | | | 0.00 |
| ACCOUNT NO. <br><br> Verizon Online <br> P.O. Box 12045 <br> Trenton, NJ 08650-2045 | | | Business Debt | | | | 52.99 |
| ACCOUNT NO. <br><br> Village of Westhampton Beach <br> 165 Mill Rd <br> Westhampton Beach, NY 11978 | | | Business Debt | | | | 25.00 |
| ACCOUNT NO. <br><br> Westhampton Beach Performing Arts Center <br> 76 Main Street <br> Westhampton Beach, NY 11978 | | | Business Debt | | | | 8,500.00 |

Sheet no. <u>12</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                          Subtotal > $ 10,157.19

                                          Total > $ 237,506.62

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Tuscan Sun Ristorante Inc d/b/a Annona</u>,        Case No. _____
                                    Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Verizon c/o Bankruptcy Group**<br>**3900 Washington Street, 1st Floor**<br>**Wilmington, DE 19802** | | | **Noticing Purposes** | | | | 0.00 |
| ACCOUNT NO.<br><br>**Verizon Online**<br>**P.O. Box 12045**<br>**Trenton, NJ 08650-2045** | | | **Business Debt** | | | | 52.99 |
| ACCOUNT NO.<br><br>**Village of Westhampton Beach**<br>**165 Mill Rd**<br>**Westhampton Beach, NY 11978** | | | **Business Debt** | | | | 25.00 |
| ACCOUNT NO.<br><br>**Westhampton Beach Performing Arts Center**<br>**76 Main Street**<br>**Westhampton Beach, NY 11978** | | | **Business Debt** | | | | 8,500.00 |

Sheet no. <u>13</u> of <u>13</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $        8,577.99

Total  >   $      239,945.60

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re:                                              Chapter 11

Tuscan Sun Ristorante Inc, d/b/a Annona,            Case No.

            Debtor.                                 Affidavit Under Local
                                                    Bankruptcy Rule 1007-3
----------------------------------------------------------X

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

        Richard Rubio, being duly sworn, deposes and says:

        1.      I am the President of Tuscan Sun Ristorante Inc, d/b/a Annona, the above-
named debtor (hereinafter "Debtor"). I submit this affidavit in accordance with Local Bankruptcy
Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of
Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

        2.      The principal office of the Debtor is located in this district at 112 Riverhead
Road, Westhampton Beach, New York.

        3.      The Debtor's taxpayer identification number is 20-2248880.

        4.      There is neither a case under the former Bankruptcy Act nor under the
Bankruptcy Code currently pending by or against the Debtor.

        5.      No official or unofficial committee of creditors of the Debtor has been
organized as of this date.

        6.      No property of the Debtor is in the possession or custody of any custodian,
public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

        7.      The Debtor's principal books and records are located at 112 Riverhead
Road, Westhampton Beach, New York.

8.　　A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9.　　During the pendency of these proceedings, the Debtor intends to continue its operations in medical management.

10.　　The Debtor operates its business from 112 Riverhead Road, Westhampton Beach, New York.

11.　　It is anticipated that the Debtor's operations in the next thirty (30) days will result in a small operating profit.　The company has approximately 33 employees.　The officer's monthly salary will be less than $1,000.00.

12.　　No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13.　　The Debtor does not have any assets located outside the territorial limits of the United States.

14.　　It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.

_____
Richard Rubio

Sworn to before me this
6th day of May, 2010.

_____
NOTARY PUBLIC

2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** **Tuscan Sun Ristorante Inc d/b/a Annona** _____ **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed " Related Cases" for purposes of E.D.N.Y . LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a) .]

☑   NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐   THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____ / _____

CASE STILL PENDING (Y/N):__N__   [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

SCHEDULE "A" OF RELATED CASE: _____


2. CASE NO.:_____ JUDGE: _____ DISTRICT/DIVISION: _____ / _____

CASE STILL PENDING (Y/N):__N__   [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

SCHEDULE "A" OF RELATED CASE: _____

(OVER)

DISCLOSURE OF RELATED CASE S (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____ / _____

CASE STILL PENDING (Y/N):_N__    [If closed] Date of closing: _____                                    .

CURRENT STATUS OF RELATED CASE: _____
                                  (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above): _____

REAL PROPERTY L ISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN

SCHEDULE "A" OF RELATED CASE: _____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may
not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time,
except as indicated elsewhere on this form.

_____  
**Marc A. Pergament**  
Signature of Debtor's Attorney

_____  
**Barry Rubio**  
Signature of Pro Se Debtor/Petitioner

**112 Riverhead Road**  
**Westhampton Beach, NY 11978**  
_____  
Mailing Address of Debtor/Petitioner

_____  
City, State, Zip Code

_____  
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor
or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of
a trustee or the dismissal of the case with prejudice.

NOTE : Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.